UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
BEN POTTER, *individually and on behalf of all others*   :
*similarly situated*,   :
:
                  Plaintiffs,   :            26-CV-1956 (JMF)
:
      -v-   :        ORDER REGARDING
:     NOTICE TO PURPORTED
MONDAY.COM LTD. et al.,   :      PLAINTIFF CLASS
:          MEMBERS
                  Defendants.   :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On March 12, 2026, Plaintiff filed a putative class action on behalf of investors who purchased or otherwise acquired monday.com ltd. common stock between September 17, 2025, to February 6, 2026.  Docket No. 1. ("Compl."), ¶ 1.  The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period."  15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

It is hereby ORDERED that **no later than April 8, 2026**, Plaintiffs shall advise the Court in writing of the date and manner in which it published this notice.

      SO ORDERED.

Dated: March 12, 2026
      New York, New York                    _____
                                    JESSE M. FURMAN
                               United States District Judge