UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X

BEN POTTER, *individually and on behalf of all others similarly situated*,

Plaintiffs,

-v-

MONDAY.COM LTD. et al.,

Defendants.

--------------------------------------------------------------------- X

26-CV-1956 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On September 18, 2026, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Although Plaintiff has already amended the complaint once as a matter of course, ECF No. 54, because leave to amend should be "freely" granted "when justice so requires," the Court grants Plaintiff leave to amend to address the issues raised in the motion to dismiss. Fed. R. Civ. P. 15(a)(2).

Accordingly, it is hereby ORDERED that, notwithstanding the briefing schedule adopted on June 10, 2026, ECF No. 50, Plaintiff shall file any amended complaint by **October 13, 2026**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiff does amend, by **three (3) weeks** after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants file a

new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed no later than **November 17, 2026**, and any reply shall be filed no later than **November 24, 2026**.

If no amended complaint is filed, the existing briefing schedule shall remain in effect, pursuant to which Plaintiff shall file any opposition to the motion to dismiss by **November 9, 2026**, and Defendant shall file any reply by **December 9, 2026**. *See* ECF No. 50.

SO ORDERED.

Dated: September 24, 2026
New York, New York

JESSE M. FURMAN
United States District Judge