UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

BEN POTTER, *individually and on behalf of all others similarly situated*,

Plaintiffs,

-v-

MONDAY.COM LTD. et al.,

Defendants.
---------------------------------------------------------------------X

26-CV-1956 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

In light of Defendants' new motion to dismiss, *see* ECF No. 62, Defendants' earlier motion to dismiss filed at ECF No. 56 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **November 17, 2026**. Defendants' reply, if any, is due by **November 24, 2026**.

The Clerk of Court is directed to terminate ECF No. 56.

SO ORDERED.

Dated: November 4, 2026
New York, New York

JESSE M. FURMAN
United States District Judge